# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 12, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

145206(48)

GRANGE INSURANCE COMPANY OF
MICHIGAN,
            Plaintiff/Counter-
            Defendant/Appellant,

v

EDWARD LAWRENCE, Individually and
Joint Personal Representative of the Estate of
Josalyn A. Lawrence, and LAURA ROSINSKI,
Individually and Joint Personal Representative
of the Estate of Josalyn A. Lawrence,
            Defendants-Appellees,
and

FARM BUREAU GENERAL INSURANCE
COMPANY OF MICHIGAN,
            Defendant/Counter-
            Plaintiff-Appellee.

_____

SC: 145206
COA: 303031
Muskegon CC: 10-047159-CK

On order of the Chief Justice, the motion for adjournment of the oral argument of this case is considered and it is granted. The clerk is directed to place this case on the April, 2013 session calendar for argument and submission.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 12, 2013

_____
Clerk